

## NUMBER 13-13-00169-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

STANLEY BRADFORD
WHITTINGTON,                                                      Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

### On appeal from the 2nd 25th District Court
### of Gonzales County, Texas.

## ORDER OF ABATEMENT

### Before Justices Benavides, Perkes, and Longoria
### Order Per Curiam

This matter is before the Court on appellant's "Motion to Abate Appeal and Order the Trial Court to Enter Findings of Fact and Conclusions of Law." According to appellant, this matter should be abated and remanded for purposes of conducting a hearing regarding whether appellant was properly advised regarding the "dangers of

multiple representation." More than ten days have passed and the State has not filed a response to this motion.

Accordingly, we GRANT the motion to abate. We ABATE this appeal and REMAND the cause to the trial court for the purposes of conducting a hearing regarding this issue. The trial court should prepare findings of fact and conclusions of law and include them in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration thirty days from the date of this order.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
16th day of December, 2013.

2